UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 18-1707
_____

RALPH SMITH;
IGNATIUS HARRIS, individually and on behalf of all others similarly situated,
 Appellants

v.

ALLEGHENY TECHNOLOGIES, INC.;
STROM ENGINEERING CORPORATION

_____

Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civil Action No. 2-17-cv-00911)
District Judge: Honorable Mark R. Hornak

_____

Submitted Under Third Circuit L.A.R. 34.1(a)
November 5, 2018

Before: AMBRO, SCIRICA, and RENDELL, Circuit Judges

**JUDGMENT**

    This cause came on to be heard on the record before the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on November 5, 2018.

    On consideration whereof, IT IS ORDERED AND ADJUDGED by this Court that the judgment of the District Court entered on February 28, 2018, is hereby affirmed in part and vacated in part and, as such, is remanded. Costs are not taxed. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit

Clerk

Dated: December 10, 2018

**Certified as a true copy and issued in lieu of a formal mandate on**   01/15/2019

**Teste:** *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**